**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LILLIE BANKS | CIVIL ACTION NO. 25-0794 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WALMART INC. ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 10) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of October, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE