UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LILLIE BANKS | CIVIL ACTION NO. 25-cv-794 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WALMART INC ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Amend Complaint (Doc. 19) is granted and that this case is remanded to the 26th Judicial District Court, Webster Parish, Louisiana, where it was pending as suit number 82199. Defendants should take any necessary steps after remand to ensure that their answer and any other important filings made in this court are filed in the state court record.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 22nd day of December, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE